**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RODOLFO I. GONZALEZ, | ) NO. CV 10-7295-TJH (MAN) |
| Petitioner, | ) |
| v. | ) JUDGMENT |
| GROUNDS, | ) |
| Respondent. | ) |

Pursuant to the Court's Order Dismissing Petition As Second Or Successive; And Denying Certificate Of Appealability,

IT IS ADJUDGED that the above-captioned action is dismissed without prejudice.

DATED: October 6, 2010

_____
TERRY J. HATTER, JR.
UNITED STATES DISTRICT JUDGE